**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TYANA RAINEY,<br><br>  Plaintiff,<br><br>v.<br><br>NET PAY ADVANCE, INC., d/b/a NET PAY ADVANCE<br><br>  Defendant. | Civil Case Number: 3:25-cv-157 (LEK/MJK) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Tyana Rainey and Defendant Net Pay Advance, Inc. d/b/a Net Pay Advance, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's July 14, 2025 Order (ECF 24), that this action shall be dismissed with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the putative class's claims against Defendant. Each party shall bear its own attorneys' fees and costs.

Dated: September 9, 2025                  Respectfully submitted,

**KAZEROUNIA LAW GROUP, A.P.C.**        **STEPTOE LLP**

/s/ Ross H. Schmierer_____        /s/ Daniel S. Blynn_____
Ross H. Schmierer                       Daniel S. Blynn (admitted *pro hac vice*)
48 Wall Street, Suite 1100              1330 Connecticut Avenue, NW
New York, NY 10005                      Washington, DC 20036
Telephone: (800) 400-6808               Telephone: (202) 429-3000
ross@kazlg.com                          dblynn@steptoe.com

*Attorneys for Plaintiff*               Elyse D. Echtman (NY Bar No. 2617462)
                                        1114 Avenue of the Americas
IT IS SO ORDERED:                       New York, NY 10036
                                        Telephone: (212) 506-3900
                                        eechtman@steptoe.com

_____        *Attorneys for Defendant*
Lawrence E. Kahn
Senior U.S. District Judge


Dated:   September 23, 2025